IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| *Plaintiff-Respondent* } | |
| } | |
| v. } | CRIMINAL ACTION NO. H-86-309 |
| } | CIVIL ACTION NO. H-05-623 |
| KYLE BRIAN ZWACK, } | |
| *Defendant-Petitioner* } | |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Kyle Brian Zwack's Motions to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 are **DENIED** and his action is **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE